# Exhibit D

Order Granting Motion for Enlargement of Time, permitting up to and including March 25, 2011 for filing a responsive pleading

Timothy W. Smith v. Alan K. Miller, et al



**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Mar 07, 2011**

Michael A. Martinez
District Court Judge



| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br>(720) 865-8614 | ▲COURT USE ONLY▲ |
| **Plaintiff:** TIMOTHY W. SMITH<br><br>v.<br><br>**Defendants:** ALAN K. MILLER, (agent of named political subdivision) in individual capacity; CHIEF SCOTT BOOKMAN, (agent of Denver Health Paramedic Division) an individual and official capacity; DENVER HEALTH PARAMEDIC DIVISION (an autonomous political subdivision of the State of Colorado); BRUCE ALEXANDER, (agent of Denver Health and Hospital Authority) in individual and official capacity; DENVER HEALTH AND HOSPITAL AUTHORITY (an autonomous political subdivision of the State of Colorado), the CITY AND COUNTY OF DENVER (an autonomous political subdivision of the State of Colorado); and JOHN DOES 1 – 5. | Case No.: 11CV7<br><br>Courtroom: 259 |
| **PROPOSED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING BY DENVER HEALTH AND HOSPITAL AUTHORITY, SCOTT BOOKMAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND THE DENVER HEALTH PARAMEDIC DIVISION (INCORRECTLY IDENTIFIED AS "AN AUTONOMOUS POLITICAL SUBDIVISION OF THE STATE OF COLORADO")** | |

THIS MATTER, having come before the Court on Defendants Denver Health and Hospital Authority and Scott Bookman, in his individual and official capacities, and Denver Health Paramedic Division (incorrectly identified as "an autonomous political subdivision of the State of Colorado"), and the Court being fully advised in the matter.

IT IS HEREBY ORDERED, Defendants' motion is GRANTED, and defendants shall have an enlargement of time, up to and including March 25, 2011, for responsive pleadings to be filed in this case.

DATED this _____ day of _____, 2011.

2

BY THE COURT:

_____
DISTRICT COURT JUDGE

2

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Michael Anthony Martinez |
| **File & Serve Transaction ID:** | 36221702 |
| **Current Date:** | Mar 07, 2011 |
| **Case Number:** | 2011CV7 |
| **Case Name:** | SMITH, TIMOTHY W vs. MILLER, ALAN K et al |

**/s/ Judge Michael Anthony Martinez**