**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

    Plaintiff,

v.

ALAN K. MILLER, (agent of named political subdivision) in individual capacity,
CHIEF SCOTT BOOKMAN, (agent of Denver Health Paramedic Division) in individual and official capacity,
DENVER HEALTH PARAMEDIC DIVISION (an autonomous political subdivision of the State of Colorado),
BRUCE ALEXANDER (agent of Denver Health and Hospital Authority), in individual and official capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY (an autonomous political subdivision of the State of Colorado), and
JOHN DOES 1-5,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT
"DENVER HEALTH PARAMEDIC DIVISION"**

**Blackburn, J.**

    The matter is before me on plaintiff's **Stipulated Motion For Dismissal With Prejudice of Defendant "Denver Health Paramedic Division"** [#7][1] filed March 25, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Denver Health Paramedic Division, should be dismissed with prejudice.

---

[1] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice of Defendant "Denver Health Paramedic Division"** [#7] filed March 25, 2011, is **GRANTED**;

2. That plaintiff's claims against defendant, Denver Health Paramedic Division, are **DISMISSED WITH PREJUDICE**; and

3. That defendant, Denver Health Paramedic Division, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 25, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge