**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

    Plaintiff,

v.

ALAN K. MILLER, (agent of named political subdivision) in individual capacity,
CHIEF SCOTT BOOKMAN, (agent of Denver Health Paramedic Division) in individual and official capacity,
BRUCE ALEXANDER (agent of Denver Health and Hospital Authority), in individual and official capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY (an autonomous political subdivision of the State of Colorado), and
JOHN DOES 1-5,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT, BRUCE ALEXANDER, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Dismissal With Prejudice of Defendant Bruce Alexander** [#16][1] filed June 2, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Bruce Alexander, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal With Prejudice of Defendant Bruce Alexander** [#16] filed June 2, 2011, is **GRANTED**;

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    2. That plaintiff's claims against defendant, Bruce Alexander, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3. That defendant, Bruce Alexander, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 2, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge