
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

    Plaintiff,

v.

ALAN K. MILLER, agent of named political subdivisions, in his individual capacity,
CHIEF SCOTT BOOKMAN, agent of Denver Health Paramedic Division, in his individual and official capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY, an autonomous subdivision of the State of Colorado,
THE CITY AND COUNTY OF DENVER, an autonomous subdivision of the State of Colorado, and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Motion for Stipulated Protective Order** [Docket No. 22; Filed June 16, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court, with interlineations, as of today's date.

Dated: June 16, 2011