IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

     Plaintiff,

v.

ALAN K. MILLER, agent of named political subdivisions, in his individual capacity,
CHIEF SCOTT BOOKMAN, agent of Denver Health Paramedic Division, in his individual and official capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY, an autonomous subdivision of the State of Colorado,
THE CITY AND COUNTY OF DENVER, an autonomous subdivision of the State of Colorado, and
JOHN DOES 1-5,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant Alan K. Miller's **Unopposed Motion to Excuse His Personal Appearance at the Settlement Conference Scheduled for September 7, 2011** [Docket No. 27; Filed August 18, 2011] (the "Motion").  For good cause shown,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant Alan K. Miller is excused from attending the Settlement Conference scheduled for September 7, 2011, in person or by telephone, due to his incarceration.  Counsel for Defendant Alan K. Miller shall attend the conference in person.

     Dated:  August 18, 2011