**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

    Plaintiff,

v.

ALAN K. MILLER, (agent of named political subdivision) in individual capacity,
CHIEF SCOTT BOOKMAN, (agent of Denver Health Paramedic Division) in individual and official capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY (an autonomous political subdivision of the State of Colorado), and
JOHN DOES 1-5,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT SCOTT BOOKMAN, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Dismissal With Prejudice of Defendant Scott Bookman** [#30][1] filed August 30, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant Scott Bookman should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal With Prejudice of Defendant Scott Bookman** [#30] filed August 30, 2011, is **GRANTED**;

    2. That plaintiff's claims against defendant Scott Bookman are **DISMISSED**

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3.  That defendant, Scott Bookman, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 30, 2011, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge