**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

    Plaintiff,

v.

ALAN K. MILLER, (agent of named political subdivision) in individual capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY (an autonomous political subdivision of the State of Colorado), and
JOHN DOES 1-5,

    Defendants.

**ORDER DISMISSING PLAINTIFF'S FIRST, FOURTH, FIFTH,
EIGHTH AND NINTH CLAIMS FOR RELIEF**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Plaintiff's First, Fourth, Fifth, Eighth and Ninth Claims For Relief** [#51][1] filed January 12, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's First, Fourth, Fifth, Eighth, and Ninth claims for relief should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Plaintiff's First, Fourth, Fifth, Eighth and Ninth Claims For Relief** [#51] filed January 12, 2012, is **GRANTED**;

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

      2. That plaintiff's First, Fourth, Fifth, Eighth, and Ninth claims for relief are **DISMISSED**.

      Dated January 13, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge