**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00613-REB-KLM

TIMOTHY W. SMITH,

      Plaintiff,

v.

ALAN K. MILLER, (agent of named political subdivision) in individual capacity,
DENVER HEALTH AND HOSPITAL AUTHORITY (an autonomous political subdivision
of the State of Colorado), and
JOHN DOES 1-5,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation To Dismiss** [#71][1] filed March 9,

2012. After reviewing the stipulation and the file, I conclude that the stipulation should

be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation To Dismiss** [#71] filed March 9, 2012, is **APPROVED**;

    2. That the jury trial set to commence April 9, 2012, is **VACATED**;

    3. That any pending motion is **DENIED** as moot; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs, except to the extent defendant, Denver Health and

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's electronic case filing and management system (CM/ECF). I use this
convention throughout this order.

Hospital Authority, has any obligation under the Colorado Governmental Immunity Act

to pay the fees and costs of defendant, Alan K. Miller.

Dated March 12, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge